UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSHAY L. JOHNSON,<br><br>               Petitioner,<br><br>         v.<br><br>UNKNOWN,<br><br>               Respondent. | No.  2:13-cv-0878 CKD P<br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed a motion for a certificate of appealability as to the August 20, 2013 dismissal of his application for a writ of habeas corpus.[1] (ECF  No. 13.) A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show:  (1) 'that jurists of reason would find it debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v. McDaniel, 529 U.S. 473, 484 (2000)).

---

[1] Petitioner has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302.

After review of the record herein, this court finds that petitioner has not satisfied the first requirement for issuance of a certificate of appealability. Specifically, there is no showing that jurists of reason would find it debatable whether the petition was successive. Accordingly, a certificate of appealability should not issue in this action.

IT IS SO ORDERED.

Dated: November 26, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / john0878.coa.pro